# PUBLIC SCHOOL 23

Paul Proscia, Principal

*The Richmondtown School*
*30 Natick Street*
*Staten Island, New York 10306*

Renée Mazza, Assistant Principal

*Phone: (718) 351-1155*
*Fax: (718) 667-1958*
ps23r.org

"We are Learners, We are Leaders, We are the Richmondtown Eagles"

### Grievance Decision

February 9, 2018

**Via Email to**  and Union Representative Sean Rotlowitz

Michelle Valvo
Paraprofessional

Dear Ms. Valvo:

You filed a grievance on January 26, 2018 claiming that you were improperly suspended without pay. I held a meeting at the Michael J. Petrides Complex with you and Sean Rotkowitz, your union representative, on February 8, 2018, to discuss your grievance.

We discussed your grievance. At the grievance hearing your union representative pleaded his case that you were suspended effective on January 26, 2018 and you worked the full day until you were presented the suspension letter at 1:50 PM on January 26, 2018, and you should be paid for the day. As a result, the effective suspension date has been changed to January 29, 2018, the first day you did not report to work during the suspension. You will receive your rightful pay for January 26, 2018 in an upcoming pay check.

Based on the above, your grievance is denied as you have failed to demonstrate that there was an improper suspension and you have failed to demonstrate that any contractual article was violated.

Sincerely,

Paul J. Proscia, Principal- PS 23

I have received this decision.

_____    2-9-18
Employee's Signature           Date