# PUBLIC SCHOOL 23



Paul Proscia, Principal

Renée Mazza, Assistant Principal

*The Richmondtown School*
*30 Natick Street*
*Staten Island, New York 10306*

*Phone: (718) 351-1155*
*Fax: (718) 667-4958*
ps23r.org

"We are Learners, We are Leaders, We are the Richmondtown Eagles"

---

**Grievance Decision**

February 28, 2018

**Via Email to** ▆▆▆▆@schools.nyc.gov and Union Representative Sean Rotlowitz ▆▆▆▆@uft.org

Michele Valvo
Paraprofessional
File # ▆▆▆▆
OSI Case # ▆▆▆▆

Dear Ms. Valvo:

You filed a grievance on February 13, 2018, claiming that you were improperly terminated. I held a meeting at the Michael J. Petrides Complex with you, your union representative Sean Rotkowitz, and Assistant Principal Renee Mazza, on February 26, 2018, to discuss your grievance.

After hearing your grievance, I conclude that due to the severity of your actions on January 25, 2018 (the basis of your termination) when you yelled and screamed at a mostly nonverbal student with autism, pulled him by his arm, forcibly pushed him into the seat at the lunch table and then shoved his legs under the table and continued to belittle and embarrass him by yelling and screaming at him in an aggressive and angry tone of voice, your termination was proper and warranted.

Based on the above, your grievance is denied as you have failed to demonstrate that the cited article was violated.

Sincerely,

*[signature]*
Paul J. Proscia, Principal- PS 23

**I have received this decision.**

_____        _____
**Employee's Signature**                               **Date**