# NOTICE OF CLAIM

----------------------------------------------------------------X

MICHELE VALVO,
Claimant,

- against -

NEW YORK CITY DEPARTMENT/BOARD OF EDUCATION; RICHARD CARRANZA, Chancellor; PAUL PROSCIA, PRINCIPAL, CORINE STIMUS, School Aide; all individually and officially named,

Defendants

----------------------------------------------------------------X

To: Office of the City Comptroller            Zachary Carter, Esq.
    Bureau of Law and Adjustment              New York City Law Department
    1 Centre Street, Room 1225                100 Church Street
    New York, New York 10007                  New York, New York 10007

PLEASE TAKE NOTICE that the Claimant hereby makes claim and demand against the individuals and groups named in the caption above for the malicious, deliberate, arbitrary, and capricious violation of due process rights, civil rights, defamation and harassment.

1) The name, post office address, and phone number of claimant is:
   Michele Valvo
   

2) Nature of Claim:

   (a) **December 9, 2016** A letter was in my mailbox to meet the Principal on December 14, 2016. The purpose of this meeting was to investigate an allegation of verbal abuse. I was falsely accused of verbally abusing a child on December 8, 2016
   (b) **December 14, 2016** I was advised of the outcome from the **12/9/2016** meeting, which was that a letter was being put into my file for verbally abusing a child.
   (c) **December 16, 2016** Step 1 grievance for the letter put in my file on **12/14/2016** was held
   (d) **December 18, 2016,** I received notice that my Step 1 grievance for the letter placed in my file on 12/14/2017 was granted; the letter was **removed**
   (e) **December 20, 2016.** I received a letter in my mailbox to meet with the Principal on December 22, 2016. The purpose of this meeting was to investigate an allegation of verbal abuse

(f) **December 22, 2016**. Principal further discussed allegations made against me on December 8, 2019 that I verbally abused a child( **this incident already grieved and letter removed from file at Step one grievance on December 16, 2016)**

(g) **January 3, 2017** I was notified that a letter was being placed in my file for verbally abusing a child on December 8, 2016. At the end of that letter the Principal suggests that I register for stress management courses

(h) **January 13, 2017** My Step One grievance was held for the letter placed in my file on January 3, 2017 for verbally abusing a child

(i) **January 2017**, My Step 1 grievance in reference to the letter placed in my file on January 3, 2017 for verbally abusing child was denied

(j) **February 2, 2017** My Step 2 Grievance was held for the letter placed in my file on January 3, 2017 for verbally abusing a child.

(k) **March 8 2017**, My Step 2 grievance in reference to the letter placed in my file for verbally abusing a child was denied

(l) **June 15, 2017** I received a letter in my mailbox to meet with the principal on June 19, 2017 for professional misconduct

(m) **June 19, 2017** I met with the Principal in reference to my alleged professional misconduct. The Principal stated he witnessed me on my cell phone June 14, 2017. I explained to him in a written statement that I was not on my phone. Yes, I took my phone out but what he witnessed was me unlocking and relocking my phone so my alerts would stop vibrating. Later that same day a letter was placed in my file for being on my cell phone even though I stated I was not on my phone

(n) **December 2016- June 2018** I have suffered a lot of anxiety everyday going to work knowing that for whatever reason this Principal is out to get me. I even tried getting a transfer. I was told by those who knew my situation that I needed to get out of that school.

(o) **January 26, 2018** I was called to Principals office I was handed a letter told to read it then he would explain **(was not given a 48hr notice of possible disciplinary charges)**. The letter stated that I was suspended without pay pending an investigation for accusations made against me for being verbally and physically abusive to a special needs student on January 25, 2018. The accusation was made by an anonymous parent who called the school and spoke to the Parent coordinator at approximately 3 p.m. on the 25th and backed by a school aid who was waiting for the Principal to return to the building. He returned at approximately 3:10/3:15, after the alleged incident took place 11:20 a.m

(p) **February 2, 2018** I had to go to a disciplinary hearing. I was presented with the charges and was given the opportunity to read the statements from all people questioned. Then I gave my written statement. When I gave my statement the Principal flipped through the pages not even reading it and didn't even ask me one question in regards to what people stated they saw nor was I questioned about what actually happened

(q) **February 13, 2018** I had an 11:30 a.m. meeting to find out the verdict of the disciplinary hearing. Verdict was that I was terminated, but I already knew the outcome because at 10:45 a.m. I received a text that the parent coordinator Janie Swincicki removed me from the staff message system

(r) **February 2018**, Step 1 grievance was held in reference to my termination and suspension

(s) **February 2018**, Step 1 grievance in reference to my termination and suspension was denied
(t) **April 10, 2018** Step 2 grievance in reference to my termination and suspension was held
(u) **April 27, 2018** E-mail from Mary Baker that my Step 2 grievance in reference to my termination was denied mentioned nothing about suspension
(v) Since this whole situation has started I have been nothing, but an emotion mess. The financial, physical, mental stress and emotional strain that this situation has put on me and my family is extreme.

**February 2018** surgery
**February 20, 2018** heart test
**February 23, 2018** surgical testing
**April 3, 2018** Heart doctor
**April 4, 2018** Hematologist NYU Manhattan
**May 14, 2018** Hematologist
**June 2018 follow** up Kidney
**June 2018** Neurological testing (MS)
**June 2018** Neurological follow up
**June 2018** Neurological NY Presbyterian MS Institute Manhattan

3) The time when, the place where, and the manner in which the claim arose: See #2.

4) The items of damage or injuries claimed are: damages to reputation; emotional distress; impairment of claimant's ability to secure future employment; impairment of earning power. The items of damage or injuries claimed amount to five million dollars.

PLEASE TAKE FURTHER NOTICE that by reason of the foregoing, in default of the City of New York and the listed respondents to pay the claimant her claim within the time limited for compliance with this demand by the applicable statutes, claimant intends to commence an action against the City of New York and the listed respondents to recover her damages with interest and costs.

Dated: June 2018

Sworn/Affirmed before me
on 8-th _____ June 2018

*[signature]*
Notary Public

*[signature]*
Michelle Valvo

JILLIAN TRIANO
NOTARY PUBLIC STATE OF NEW YORK
No. 01TR6364369
Qualified in Richmond County
My Commission Expires 09-26-2021