UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
MICHELE VALVO,

                Plaintiff,

- against -

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK, and THE UNITED
FEDERATION OF TEACHERS,

                Defendants.
------------------------------------------------------------------------X

1:19-cv-08341 (JPO)

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Michael J. Del Piano, dated April 30, 2020, and the exhibits attached thereto; and upon the Memorandum of Law in Support of the Motion to Dismiss the Amended Complaint filed by Defendant United Federation of Teachers ("UFT"), the UFT will move this Court before the Honorable J. Paul Oetken, United States District Court Judge, United States District Court for the Southern District of New York, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, for an order pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint for lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, and for such other and further relief deemed just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda shall be served within 14 days after service of these motion papers.

Dated: New York, New York
April 30, 2020

ROBERT T. REILLY

By: /s/ Michael J. Del Piano
Michael J. Del Piano
Rachel S. Paster
Of Counsel
52 Broadway, 9th Floor
New York, New York 10004
(212) 228-3382
michael.delpiano@nysut.org
rachel.paster@nysut.org
*Attorney for Defendant*
*United Federation of Teachers*

To: D. Christopher Mason, Esq. (via ECF)
Mason Law, PLLC
11 Broadway – Sixth Floor
New York, New York 10004
(212) 498-9691
*Attorneys for Plaintiff*

Donald C. Sullivan, Esq. (via ECF)
Kimberly E. Wilkens
100 Church Street, Room 2-141
New York, New York 10007
(212) 356-4083
dsulliva@law.nyc.gov
kwilkens@law.nyc.gov
*Attorneys for Defendant*
*Department of Education of the City of New York*