# EXHIBIT "E"

```
GRWPPFR                                                          Page:    1
2/14/18 15:43:50              Step1 Grievance Form               EBARNA

MICHELE VALVO              SS#: ▓▓▓▓▓▓▓▓▓
                           Member Type: NP/AREPP/IEPPP
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓         School: R023    District: 31    School Type: ES

718-▓▓▓▓▓▓                 Case #: R000065934
E-Mail: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
----------------------------------------------------------------------------
Step1 Filing Date..: 2/13/18          Et Al Case.....: N
Step1 Deadline Date: 2/28/18          Summer Case....: N
Decision/Date......:                  Step1 Board Rep:
Received Date......:                  Step1 UFT Rep..: KEITH J PARASCANDOLA
Grievance Type.....: BREG ALL OTHERS  Grieve. School.: R023  PUBLIC SCHOOL 023R
Status.............: O   OPEN         School District: 31     Type.: ES
Description........: IMPROPER PARA TERM

Contract...........: E   PARA PROFESSION   Contract Dates.: 11/01/09 - 11/30/18
Articles...........: 23,32

Comments
IMPROPER PARA TERMINATION. REMEDY- TO IMMEDIATLY REINSTATE THE MEMBER.



Grievant's Signature: _____

** END OF REPORT **
```