# EXHIBIT "G"



United Federation of Teachers
*A Union of Professionals*

## STEP 2 GRIEVANCE REQUEST FORM

Date: March 1, 2018

Grievant Name: Michele Valvo
Grievant Address: ▮▮▮▮▮▮
City/ST/Zip: ▮▮▮▮▮▮
File#/SS#/EIS#: 2572842
School: PS 23
District: 31

Attention: Phyllis Waltuch

UFT Case #: R65934

Dear Chancellor Farina:

Pursuant to the procedures set forth in Article 22 (s) of the Collective Bargaining Agreement covering Paraprofessionals, the Union requests a conference with you or your designated representative to discuss the following complaint, which was not resolved at the first step.

*Nature of Complaint:  Grievant was improperly terminated.*

*Article(s) Violated:* 23, 32

*Remedy being sought:* Reinstate grievant with back pay and make her whole.

Sincerely,

Analia Gerard
Borough Representative

Officers: Michael Mulgrew *President,* Howard Schoor *Secretary,* Mel Aaronson *Treasurer,* LeRoy Barr *Assistant Secretary,* Thomas Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, Carmen Alvarez, Evelyn DeJesus, Anne Goldman, Janella Hinds, Richard Mantell, Sterling Roberson