EXHIBIT "I"





United Federation of Teachers
A Union of Professionals

October 12, 2018

Ms. Michele Valvo

RE: UFT Case# R65934
TOPIC: Improper Para Termination

Dear Ms. Valvo,

This is to advise you that the UFT Grievance Department has concluded its review of the grievance noted above.

The result of our investigation has led us to the conclusion that your case cannot be successfully pursued to arbitration. While we recognize that this is not the decision that you were seeking, please be assured that your case was given serious and thorough consideration.

If you would like to discuss our decision, please feel free to call the UFT Grievance Department, between the hours of 3:30 – 6:00 P.M., Monday thru Friday, at (212) 598-9271.

Should you still disagree with our decision after your discussion, the following internal UFT procedure, has been established to allow you to appeal.

1. **WITHIN FIFTEEN (15) SCHOOL DAYS** of receipt of this notice, you must call this Department (212) 598-9271 to speak to your Borough Liaison Michael Ferruso, to request a "Case Review Conference".

2. **After your personal Case Review, we will review your appeal and notify you, in writing, of our determination.**

In regard to any inquiry, please refer to the UFT Case #, as shown above.

Fraternally,

Ellen Gallin Procida
Director
Grievance Department

EGP/sp
Cc: Analia Gerard, Borough Rep.
    Sean Rotkowitz, District Rep.
    Donna Coppola, Special Rep.

52 Broadway, New York, NY 10004   212.777.7500   www.uft.org

Officers: Michael Mulgrew *President*, Howard Schoor *Secretary*, Mel Aaronson *Treasurer*, LeRoy Barr *Assistant Secretary*, Thomas Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, Carmen Alvarez, Evelyn DeJesus, Anne Goldman, Janella Hinds, Richard Mantell, Sterling Roberson