EXHIBIT "J"



December 5, 2018

Ms. Michele Valvo

**RE:** UFT Case# R65934
**TOPIC:** Improper termination

Dear Ms. Valvo,

This is to advise you that the UFT Grievance Department has concluded its review of your appeal, regarding the above grievance. As a result of a further investigation of your case, we still believe that your grievance cannot successfully be pursued to arbitration.

Should you wish to appeal this decision, you may do so by calling Ms. Shaleen Perry, at (212) 598-9271, **WITHIN TEN (10) SCHOOL DAYS FROM RECEIPT OF THIS NOTICE.** She will then set up a conference at UFT Headquarters, after school hours, to hear and discuss your appeal with members of the UFT Administrative Committee.

In regard to any appeal or further inquiry, please refer to the UFT Case #.

Fraternally,

Ellen Gallin Procida
Director
Grievance Department

EGP/sp

Cc: Analia Gerard, Borough Rep.
Sean Rotkowitz, District Rep.
Donna Coppola, Special Rep.

52 Broadway, New York, NY 10004   212.777.7500   www.uft.org

Officers: Michael Mulgrew *President*, Howard Schoor *Secretary*, Mel Aaronson *Treasurer*, LeRoy Barr *Assistant Secretary*, Thomas Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, Carmen Alvarez, Evelyn DeJesus, Anne Goldman, Janella Hinds, Richard Mantell, Sterling Roberson