UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHELE VALVO,

                    Plaintiff,

           -against-                                 19 **CIVIL** 8341 (JPO)

                                                    **JUDGMENT**

DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 18, 2021, the defendants' motion to dismiss

is granted; accordingly, this case is closed.

**Dated:**  New York, New York

        March 18, 2021

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

                **BY:**        *K. Mango*

                                        **Deputy Clerk**